Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

## United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| SUSANA SMITH | ) Chapter 13 |
| | ) Case No.: 8:08-bk-16907-RK |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301053** in the sum of **$55.97** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    SUSANA SMITH
    739 N RANCHO SANTIAGO
    ORANGE, CA 19713

Date: September 10, 2011        __/S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| ase No. | Debtor Name(s) | | | ss | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|---|
| 816907 | SUSANA SMITH ACCT: | | | | XXX-XX-1596 Claim: 00000 | 55.97 | 0.00 | 55.97 |
| | | | | TOTALS | | 55.97 | 0.00 | 55.97 |

SUSANA SMITH

BALANCE:             [0.00  13/00000]
SSN: XXX-XX-1596   SSN:
ACCT:                             CASE: 0816907
PRINCIPAL:      55.97   INTEREST:      0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

0301053

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

Jul 24, 2011

VOID 90 DAYS FROM DATE

********$55.97

PAY   Fifty Five And 97 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301053⑈ ⑆061100790⑆ 000000575186 2⑈